[docnoaty] [Order of Impending Dismissal]

ORDERED.

Dated: May 9, 2024

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Leigh Holdings, LLC
dba Ouroboros Group

Case No.
8:24−bk−02625−RCT
Chapter 11

_____Debtor*_____/

ORDER OF IMPENDING DISMISSAL

The above−captioned case was filed by a non−individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non−individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381 (11th Cir. 1985). Accordingly it is

**ORDERED:**

1. Within 14 days, the Debtor shall retain the services of counsel authorized to practice in the Middle District of Florida, pursuant to the requirements as outlined in Local Rule 2090−1, who shall file an appropriate appearance within that time period.

2. Failure of the Debtor to secure counsel or to comply with Federal Rules of Bankrutpcy Procedure 1007 shall constitute reason for dismissal of this case, and the Court on its own motion and without further notice will dismiss this case without prejudice.

3. If the case is dismissed, the Debtor shall immediately pay to the Clerk of Court all fees due and owing pursuant to 28 U.S.C. 1930.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.