FILED

MAY -8 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Intake 3:14 pm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

OBG Opco, LLC

        Debtor

Case No. 8:24-bk-02676-CPM
Chapter 11 Subchapter V

In re:

Leigh Holdings, LLC d/b/a Ouroboros Group

        Debtor

Case No. 8:24-bk-02625
Chapter 11 Subchapter V

**NOTICE OF SPECIAL APPEARANCE**

Please note the pending appearance of the undersigned Authorized Agent of OBG Opco, LLC, Managing Member Leigh Holdings, LLC and Richard Seth Tannenbaum, in the above-entitled case for the debtors.

Respectfully submitted,

**Richard Tannenbaum**

By himself,

/s/ Richard Tannenbaum
Richard Tannenbaum
*Pro Se[1]*
401 N ASHLEY DR #173254
TAMPA, FL 33602-4301
T: (813) 308-9273
Email:
rtannenbaum@ouroborosgroupllc.com

---

[1] Not admitted to practice in any jurisdiction.

Respectfully submitted,

**Ouroboros Group**

By Managing Member,

/s/ Richard Tannenbaum
Richard Tannenbaum
*Pro Se*
401 N ASHLEY DR #173254
TAMPA, FL 33602-4301
T: (813) 308-9273
Email:
rtannenbaum@ouroborosgroupllc.com

Respectfully submitted,

**OBG OPCO, LLC**

By its Authorized Agent,

/s/ Richard Tannenbaum
Richard Tannenbaum
*Pro Se*
401 N ASHLEY DR #173254
TAMPA, FL 33602-4301
T: (813) 308-9273
Email:
rtannenbaum@ouroborosgroupllc.com

## CERTIFICATE OF SERVICE

I, Jeffrey P. Greenberg, hereby certify that on May __8__ 2024, I caused a true and correct copy of the foregoing document to be serve via the Court's online filing system.

/s/ Richard Seth Tannenbaum